

Wednesday, June 1, 2011

Misc. No. 11–8017/AR.   In Re Staff Sergeant Daniel Gaskins, USA, Petitioner, vs. Colonel John B. Hoffman, USA, et al., Respondents.   CCA 20080132.   On further consideration of the petition for extraordinary relief in the nature of a writ of mandamus, it is ordered that said petition is hereby denied without prejudice to raising the issue in the normal course of trial or appellate review.

Misc. No. 11–8023/AR.   Adam Winfield, Petitioner, vs. Kwasi Hawks, Lieutenant Colonel, USA, Military Judge, the U.S. Army, and the United States, Respondents. CCA 20110289.   On consideration of the petition for extraordinary relief in the nature of a writ of mandamus, it is ordered that said petition is hereby denied.

No. 11–0538/NA.   U.S. v. Wesley R. Vanderwyst.   CCA 201000452.   Appellant's motion to extend time to file the supplement is granted up to and including June 20, 2011.